**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **AARON BLAKE ROBERTSON,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **No. 24-cv-0444** |
| | : | |
| **JACQUELYN E. PFURSICH,** | : | |
| Defendant. | : | |

**O R D E R**

**AND NOW**, this 22nd day of March, 2024, upon consideration of Aaron Blake

Robertson's *pro se* Amended Complaint (ECF No. 8), it is **ORDERED** that:

1.      The Amended Complaint is dismissed for the reasons stated in the Court's

Memorandum as follows:

a.      The federal access to the courts claim against Jacquelyn E. Pfursich, is

**DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(E)(2)(B)(ii) as barred by

*Heck v. Humphrey*, 512 U.S. 477 (1994).  The dismissal is without prejudice to Robertson filing

a new case only in the event his underlying conviction is reversed, vacated, or otherwise

invalidated.

b.      All state law claims are **DISMISSED WITHOUT PREJUDICE** for lack

of subject matter jurisdiction.

2.      The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

*/s/ Joseph F. Leeson, Jr.*
**JOSEPH F. LEESON, JR.**
**United States District Judge**